UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS FLOOD,

    Petitioner,                          Civil No: 5:07-CV-10457
                                         Honorable John Corbett O'Meara

v.

CINDI S. CURTAIN,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY [dkt. # 30] AS MOOT

This is a habeas case under 28 U.S.C. § 2254.  Petitioner filed a pro se petition for writ of habeas corpus raising several claims for relief.  On March 22, 2010, the Court issued an Opinion and Order addressing and rejecting each claim and denying the petition.  The Opinion also specifically denied Petitioner a certificate of appealability.

Before the Court is Petitioner's "motion for a certificate of appealability."  The Court has already determined in the opinion denying the petition that Petitioner is not entitled to a certificate of appealability.  *Flood v. Curtin*, 2010 U.S. Dist. LEXIS 26734, 18-19 ( E.D. Mich. Mar. 22, 2010).  The motion is therefore DENIED AS MOOT.

    SO ORDERED.

                                         s/John Corbett O'Meara
                                         United States District Judge

Date:  February 10, 2011

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 10, 2011, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager
